UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
: 
**JUAN GODINEZ CORTES,** *on behalf of*
*themselves and all others similarly situated*, 
:
:
**Plaintiff,**            :        **23-cv-6268 (ALC)**
:
-against-            :        **ORDER**
:
**SULTAN ALMUNTASER, et al.,**
:
**Defendants.**    :
:
------------------------------------------------------------ x

**ANDREW L. CARTER, JR., United States District Judge:**

Plaintiff is directed to file a motion for default judgment by **November 2, 2023.**

**SO ORDERED.**

Dated:    October 2, 2023
          **New York, New York**

                                            **ANDREW L. CARTER, JR.**
                                            **United States District Judge**