UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
JUAN GODINEZ CORTES, on behalf of themselves and all other persons similarly situated,

                Plaintiff,

-against-

SULTAN ALMUNTASER, 467 SANAA STAR INC, 467 STAR DELI INC., WOW STAR DELI INC., and NYC STAR DELI INC.,

                Defendants.
---------------------------------------------------------X

Case No.: 1:23-cv-06268

**NOTICE OF MOTION FOR DEFAULT JUDGMENT**

      Plaintiff JUAN GODINEZ CORTES hereby moves this Court pursuant to Federal Rule of Civil Procedure 55(b) and Local Civil Rule 55.2 to enter default judgment in favor of Plaintiff and against Defendants SULTAN ALMUNTASER, 467 SANAA STAR INC, 467 STAR DELI INC., WOW STAR DELI INC., and NYC STAR DELI INC., on the grounds that said Defendants failed to answer or otherwise defend against the Complaint.

Dated:    Astoria, New York
           November 2, 2023

Sacco & Fillas, LLP

By:    */s/ Clifford Tucker*
     Clifford Tucker, Esq.,
     3119 Newtown Avenue, Seventh Floor
     Astoria, New York 11102
     Ph: 718-269-2243
     CTucker@SaccoFillas.com